# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JESSIE E. JAMES,** | ) |
| **Petitioner,** | ) |
| v. | ) CIV-06-779-R |
| **STATE OF OKLAHOMA,** | ) |
| **Respondent.** | ) |

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 4] of United States Magistrate Judge Valerie K. Couch entered August 2, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and pursuant to 28 U.S.C. § 2241(d), this case is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma.

**It is so ordered this 23rd day of August, 2006.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE